## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 3:03-CR-103 (JCH) |
| | : |
| | : |
| VS. | : |
| | : |
| KURT C. CLAYWELL | : JANUARY 5, 2005 |
| | : |
| | : |

### MOTION TO POSTPONE SENTENCING

      The defendant, Kurt C. Claywell, respectfully requests a postponement of his sentencing, currently scheduled for January 12, 2005, to a date in May 2005.  The reason for the postponement is to permit Mr. Claywell and his accountant additional time to prepare and file amended tax returns as required by the plea agreement.  That process is well underway, but is time consuming and requires the review of voluminous electronic general ledgers, copies of which were recently requested and obtained from the Government.  The defense will work with the Government to assure it has copies of the amended returns well in advance of the newly scheduled sentencing date.  The defendant does not anticipate further adjournments will be required.  The Government

does not oppose this request, and the defendant will file an appropriate waiver under the Speedy Trial Act.

      Respectfully submitted,

      DEFENDANT, KURT C. CLAYWELL


By _____
   Andrew P. Gaillard, Esq.
   Day, Berry & Howard LLP
   One Canterbury Green
   Stamford, Connecticut 06901-2047
   (203) 977-7300
   (203) 977-7301 (fax)
   apgaillard@dbh.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail to the following counsel on January 5, 2005:

William J. Nardini, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

James I. Glasser, Esq.
Chief, Criminal Division
157 Church Street, 23rd Floor
New Haven, Connecticut 06510

M. Hatcher Norris, Esq.
Butler Norris & Gold
254 Prospect Avenue
Hartford, CT 06106-2041

Mr. Ray Lopez
U. S. Probation Officer
U. S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Andrew P. Gaillard

-3-