UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 3:03-CR-103 (JCH) |
| | : |
| VS. | : |
| | : |
| KURT C. CLAYWELL | : APRIL 26, 2005 |

## MOTION TO POSTPONE SENTENCING

The defendant, Kurt C. Claywell, respectfully requests a postponement of his sentencing in this matter, currently scheduled for May 3, 2005, to a date convenient to the Court in late June 2005. The reason for the postponement is to permit the Government time to review the numerous amended tax returns Mr. Claywell will be filing as required by the plea agreement in this case, and to permit the parties time to discuss those amended returns prior to sentencing so as to limit or minimize possible disputed issues.

Given this has been a busy period of the year for Mr. Claywell's accountant, the defense was unable to complete the amended returns earlier as it had expected it could. The defendant does not anticipate further adjournments will be required. The Government does not

oppose this request, and the defendant will file an appropriate waiver under the Speedy Trial Act.

        Respectfully submitted,

        DEFENDANT, KURT CLAYWELL

By   _____
     Andrew P. Gaillard, Esq.
     Day, Berry & Howard LLP
     One Canterbury Green
     Stamford, Connecticut 06901-2047
     (203) 977-7300
     (203) 977-7301 (fax)
     apgaillard@dbh.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail to the following counsel on April 26, 2005:

William J. Nardini, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

James I. Glasser, Esq.
Chief, Criminal Division
157 Church Street, 23rd Floor
New Haven, Connecticut 06510

M. Hatcher Norris, Esq.
Butler Norris & Gold
254 Prospect Avenue
Hartford, CT 06106-2041

Mr. Ray Lopez
U.S. Probation Officer
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Andrew P. Gaillard