UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAY 10 P 12:59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

-----------------------------------------------------------x
UNITED STATES OF AMERICA,          :   DOCKET NO. 3:03 CR103 (JCH)
                                   :
              Plaintiff,           :
VS.                                :
                                   :
KURT C. CLAYWELL,                  :
                                   :
              Defendant.           :   APRIL 26, 2005
-----------------------------------------------------------x

## WAIVER OF SPEEDY TRIAL RIGHTS

The defendant, Kurt C. Claywell, hereby waives his rights under the Speedy Trial Act through June 2005, the new date set for sentencing in this matter.

Dated: April ___, 2005

_____
Kurt C. Claywell

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Waiver of Speedy Trial Rights was sent by first class mail to the following counsel on May __9__, 2005:

William J. Nardini, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Mr. Ray Lopez
U.S. Probation Officer
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

M. Hatcher Norris, Esq.
Butler Norris & Gold
254 Prospect Avenue
Hartford, CT 06106-2041

Stanley A. Twardy, Jr., Esq.
Day Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

_____
Andrew P. Gaillard