UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | DOCKET NO. 3:03 CR103 (JCH) |
| Plaintiff, | : | |
| VS. | : | |
| KURT C. CLAYWELL, | : | |
| Defendant. | : | JULY 7, 2005 |

**MOTION TO FILE SENTENCING SUBMISSIONS OUT OF TIME**

    The defendant, Kurt C. Claywell, respectfully requests permission for the late submission and/or filing of: (1) to his objections to the pre-sentence report; (2) a motion for downward departure; and (3) his Sentencing Memorandum. The reasons for the motion are as follows:

    1.    Mr. Claywell was indicted in April 2003. He pleaded guilty to various counts in May 2003 (without a plea agreement) and in September 2003 to Count One (with a plea agreement). One requirement of the plea agreement was that amended corporate and personal tax returns would be prepared in advance of sentencing.

    2.    In October 2003, the pre-sentence report was initially disclosed. At or about that time, Mr. Claywell was beginning his cooperation with various federal and state law enforcement authorities. That cooperation continued into the summer of 2004, at which point Governor Rowland resigned and the impeachment proceedings terminated.

    3.    Due to misunderstandings between Mr. Claywell's accountant and the IRS revenue agent assigned to this matter, extensive work on the amended tax returns did not begin in earnest

until the Fall of 2004. By the time that work was substantially completed, Mr. Claywell and his wife were in the midst of a difficult divorce which has significantly encumbered Mr. Claywell's assets. This resulted in difficulty for Mr. Claywell being able to pay his accountant, such that the amended returns have only just been completed.

    For all of those reasons, Mr. Claywell respectfully requests that the Court grant this motion and accept his sentencing submissions at this late date.

RESPECTFULLY SUBMITTED
KURT C. CLAYWELL

By_____
    Stanley A. Twardy, Jr. (ct 05096)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, Connecticut 06901-2047
    (203) 977-7300

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was sent via email and/or facsimile, and first class mail to the following counsel on July 7, 2005:

William J. Nardini, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

M. Hatcher Norris, Esq.
Butler Norris & Gold
254 Prospect Avenue
Hartford, CT 06106-2041

Mr. Ray Lopez
U.S. Probation Officer
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

      _____
      Stanley A. Twardy, Jr.