UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | DOCKET NO. 3:03 CR103 (JCH) |
| Plaintiff, | : | |
| VS. | : | |
| KURT C. CLAYWELL, | : | |
| Defendant. | : | JULY 7, 2005 |

## MOTION FOR DOWNWARD DEPARTURE

Pursuant to Sentencing Guidelines §5K2.0, the defendant, Kurt C. Claywell, respectfully moves for a downward departure in this matter on the basis of his substantial assistance to state law enforcement authorities investigating Governor Rowland. The reasons and basis for the motion are set forth in the accompanying Sentencing Memorandum.

                                   RESPECTFULLY SUBMITTED
                                   KURT C. CLAYWELL


                                   By_____
                                        Stanley A. Twardy, Jr. (ct 05096)
                                        Day, Berry & Howard LLP
                                        One Canterbury Green
                                        Stamford, Connecticut 06901-2047
                                        (203) 977-7300

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was sent via email and/or facsimile, and first class mail to the following counsel on July 7, 2005:

William J. Nardini, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

M. Hatcher Norris, Esq.
Butler Norris & Gold
254 Prospect Avenue
Hartford, CT 06106-2041

Mr. Ray Lopez
U.S. Probation Officer
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

                                                                                                                                                                                 _____
                                                              Stanley A. Twardy, Jr.