



<< HOME | **NEWS** | **POLITICS**

✉ EMAIL THIS STORY  |  🖨 PRINT THIS STORY

**NBC30 Spotlight**

**BROADWAY SERIES**
YankeeGas Broadway Series At The Oakdale

**NBC30 PROGRAM HIGHLIGHTS**
What's on NBC 30 tonight? Click here for our complete programming schedule.

# Contractor Cooperating In Inquiry Committee's Investigation

*Co-Chair Says Testimony Might Break Logjam*

POSTED: 2:37 pm EST March 18, 2004

**HARTFORD, Conn.** -- The Democratic co-chairman of the committee investigating Gov. John G. Rowland said Thursday an electrical contractor who provided the embattled governor with cigars and champagne is cooperating with the investigation.

**more categories:**
New Haven Holiday Discount Guide
Make A Difference. Mentor A Child.
Breast Cancer Awareness
Advertise With Us
CT Discoveries
Watch CNBC Feedroom



**GOV. JOHN ROWLAND**

**About The Governor**
- Born: May 24, 1957
- Party: Republican
- First Elected: 1994
- Term Ends: January 2007

**Interactive**

🗨 Rate The Governor
🔗 Official Site
💻 Governor's Residence Tour
📄 Text Of Budget Address

**Cottage Investigation**
📄 Dec. 12: Governor Issues Statement About Cottage

Stamford Rep. John Wayne Fox said Kurt Claywell's testimony could break the logjam of potential witnesses, who have balked at providing documents or testifying in person before the House Select Committee of Inquiry.

A source told The Associated Press that the 51-year-old Claywell, owner of Claywell Electric Company of Simsbury, admits he gave Rowland upward of $10,000 worth of Cuban cigars and expensive champagne.

Fox said documents have been or will be turned over to the panel's special counsel, Steven Reich, in New York. Fox said Reich also was told that Claywell is willing to testify before the committee.

But Rowland's personal attorney William Dow III said the committee should be skeptical about Claywell's testimony because he is a convicted felon. Claywell pleaded guilty in May to filing a false 2000 income tax return and defrauding Travelers Insurance in a mail fraud scam.

**For the latest news, stay tuned to NBC 30 Connecticut News and NBC30.com**

