UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

KEVIN F. ROWE
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

FILED
2005 JUL 13 P 4: 15

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

U.S. DISTRICT COURT
BRIDGEPORT, CT

www.ctd.uscourts.gov
July 13, 2005

3:03CR103 SRU      UNITED STATES VS. KURT CLAYWELL

NOTICE OF TRANSFER

WE HAVE TRANSFERRED THE ABOVE-CAPTIONED CASE FROM THE DOCKET OF THE HONORABLE JANET C. HALL, U. S. DISTRICT JUDGE, TO THE DOCKET OF THE HONORABLE STEFAN R. UNDERHILL, UNITED STATES DISTRICT JUDGE.  COUNSEL SHALL CONTINUE TO FILE ALL FUTURE PLEADINGS AND FILINGS WITH THE OFFICE OF THE CLERK, 915 LAFAYETTE BLVD., BRIDGEPORT, CT 06604.  THE INITIALS "SRU" SHALL APPEAR AFTER THE CASE NUMBER.

BY ORDER OF THE COURT


KEVIN F. ROWE, CLERK