UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | DOCKET NO. |
| | : | 3:03-CR-103 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| KURT C. CLAYWELL, | : | |
| | : | |
| Defendant. | : | SEPTEMBER 1, 2005 |

## MOTION TO WITHDRAW APPEARANCE
## FOR KURT C. CLAYWELL

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned attorneys hereby move to withdraw their appearances of Stanley A. Twardy, Jr. (ct05096) and Andrew P. Gaillard (ct03991) in this action for Defendant Kurt C. Claywell. In support of this motion, the undersigned states that final judgment has been entered in this case.

WHEREFOR, the undersigned respectfully request that their appearances be withdrawn for Defendant Kurt C. Claywell.

          /s/
    Stanley A. Twardy, Jr. (ct05096)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, CT 06901-2047
    Telephone: (203) 977-7300
    Facsimile: (203) 977-7301
    satwardy@dbh.com

**CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was sent via electronic mail and/or first-class mail, on this date to:

William J. Nardini, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Mr. Ray Lopez
U.S. Probation Officer
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

M. Hatcher Norris, Esq.
Butler Norris & Gold
254 Prospect Avenue
Hartford, CT 06106-2041

Mr. Kurt C. Claywell
Connecticut Electric
308 Hopmeadow Street
Weatogue, CT 06089

                                                 /s/
                                        Stanley A. Twardy, Jr.