```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :    Crim. No. 3:03-CR-103 (SRU)
                            :
         v.                 :
                            :
KURT C. CLAYWELL            :    October 12, 2005
```

GOVERNMENT'S MOTION FOR DETENTION PENDING FULL HEARING

Pursuant to Title 18, United States Code, Sections 3141, 3142 and 3143, the Government hereby requests that the defendant be ordered detained pending a final determination by the Court regarding the Government's motion to revoke release, which is presently scheduled for a hearing on October 19 at 2:00p.m. before Hon. Stefan R. Underhill.

                                      Respectfully submitted,

                                      KEVIN J. O'CONNOR
                                      UNITED STATES ATTORNEY


                                      S. DAVE VATTI
                                      ASSISTANT U.S. ATTORNEY
                                      Federal Bar No. CT11957
                                      450 Main Street
                                      Hartford, CT 06103
                                      (860) 947-1101

**CERTIFICATION OF SERVICE**

    This is to certify that the within and foregoing has been hand delivered this 12th day of October, 2005 to:

Counsel of Record

_____
S. DAVE VATTI
ASSISTANT UNITED STATES ATTORNEY