67

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:03-CR-103 (SRU) |
| v. | : | |
| KURT C. CLAYWELL | : | October 12, 2005 |

GOVERNMENT'S MOTION FOR DETENTION PENDING FULL HEARING

Pursuant to Title 18, United States Code, Sections 3141, 3142 and 3143, the Government hereby requests that the defendant be ordered detained pending a final determination by the Court regarding the Government's motion to revoke release, which is presently scheduled for a hearing on October 19 at 2:00p.m. before Hon. Stefan R. Underhill.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

S. DAVE VATTI
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT11957
450 Main Street
Hartford, CT 06103
(860) 947-1101

[Handwritten margin note: 10/12/05. Granted without prejudice to defendant's raising his arguments and explanations before Judge Underhill. /s/ J]

**CERTIFICATION OF SERVICE**

    This is to certify that the within and foregoing has been hand delivered this 12th day of October, 2005 to:

Counsel of Record


                                          _____
                                          S. DAVE VATTI
                                          ASSISTANT UNITED STATES ATTORNEY