# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

USA
v.
Kurt Claywell

APPEARANCE

October 19, 2005

CASE NUMBER: 3:03cr103 (SRU)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Kurt Claywell

___10/19/2005___
Date

___ct00089___
Connecticut Federal Bar Number

___860 623 1195___
Telephone Number

___860 292 6705___
Fax Number

___davidzwerc@zwerclaw.com___
E-mail address

___[signature]___
Signature

___David Zwerc___
Print Clearly or Type Name

___44 Main St.___
Address

___Windsor Locks, CT 06096___

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

AUSA Wm Nardini

___[signature]___
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24