# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

Kurt C. Claywell

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 3:03cr103(SRU)

YOU ARE HEREBY COMMANDED to arrest Kurt C. Claywell and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ■ Order of Court  ☐ Violation Notice  ☐ Probation Violation Notice

Charging him or her with (brief description of offense):

Failure to comply with Conditions of Release

in violation of Title United States Code, Section(s)

Kevin F. Rowe
Name of Issuing Officer

By _____ Deputy Clerk
Signature of Issuing Officer

Clerk
Title of Issuing Officer

10/7/05 Bridgeport
Date and location

**Note:** Prior to your court appearance, please contact the probation office in Bridgeport at 203-579-5707.

Bail Fixed at $ _____

Hon. Stefan R. Underhill
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at: Hartford, CT

| DATE RECEIVED 10/14/05 | NAME AND TITLE OF ARRESTING OFFICER  DUSM Mike Novak | A TRUE COPY  DATE _____ |
|---|---|---|
| DATE OF ARREST 10/12/05 | SIGNATURE OF ARRESTING OFFICER | BY _____  Deputy Clerk |