# United States District Court

_____ DISTRICT OF _____ CONNECTICUT _____

UNITED STATES OF AMERICA
V.

KURT C. CLAYWELL

**WARRANT FOR ARREST**

**CASE NUMBER:** 3:03CR103(SRU)

To:   The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>Kurt C. Claywell</u> and bring him forthwith to the nearest magistrate to answer a

___Indictment ___ Information ___Complaint _x_ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him or her with

failing to comply with a Court-ordered condition of release, namely failure to surrender his passport to the Office of the Clerk of Court

in violation of Title <u>18</u> United States Code, Sections 3142 and 3143

<u>Hon. Stefan R. Underhill</u>
Name of Issuing Officer

<u>United States District Judge</u>
Title of Issuing Officer

<u>[signature]</u>
Signature of Issuing Officer

<u>October 11, 2005, Bridgeport, CT</u>
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____    by _____
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Hartford, CT |

| DATE RECEIVED 10/12/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/12/05 | Mike Nova | [signature] |