UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,                CR No. 3:03CR103(SRU)

    Plaintiff,

V.

KURT CLAYWELL,

    Defendant.                           January 24, 2007

### RENEWED MOTION FOR PAYMENT OF ATTORNEY'S FEES UNDER THE CRIMINAL JUSTICE ACT

    NOW comes Attorney David J. Wenc, and moves this Honorable Court to approve payment in the above-referenced matter pursuant to the Criminal Justice Act 18 U.S.C. Sec. 3006 for the following reason(s):

    1.  It is counsel's understanding that this Court declined to submit his invoice for CJA payment because Mr. Claywell did not file a financial affidavit, contrary to the Court Order of U.S. Magistrate Thomas P. Smith.

    2.  Counsel has received a copy of documentation filed in a companion case 3:06CR280(AWT) wherein the Federal Defender's Office represents Mr. Claywell. Indigency must then be assumed. (Federal Defender Gary Weinberger submitted a cover letter with a financial affidavit to Magistrate Donna F. Martinez. A copy of said letter is attached.)

    3.  It would appear that this Court should at the very

1

least order that the counsel's invoice be paid with CJA funding. Should there come a time when Mr. Claywell can pay these monies from personal assets, then the court can order Mr. Claywell to reimburse the U.S. Courts.

4. The U.S. Courts are in a much better position to absorb any financial delinquency on the part of Mr. Claywell. Defense counsel is a sole-practitioner. The refusal of the U.S. Courts to pay his CJA invoice creates for defense counsel an extraordinary financial hardship, which goes against the grain of the letter and spirit of the CJA appointment process.

WHEREFORE, counsel prays that this motion be granted and that his invoice be submitted for payment with CJA funding, nunc pro tunc to October 12, 2005.

RESPECTFULLY SUBMITTED,

By: _____
David J. Wenc
WENC LAW OFFICES
44 Main Street
P.O. Box 306
Windsor Locks, CT  06096-0306
Tel. (860) 623-1195
Fed. Bar ct00089
email: david.wenclaw@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2007, I served a copy of the foregoing Motion and attachment by U.S. Mail, first-class postage prepaid, to:

Chambers of the Honorable Stefan R. Underhill
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

Chambers of the Honorable Thomas P. Smith
U.S. District Court
450 Main Street
Hartford, CT  06103

Assistant U.S. Attorney William J. Nardini
U.S. Attorney's Office
157 Church Street
New Haven, CT 06508

Federal Defender Thomas G. Dennis
10 Columbus Boulevard, Fl 6
Hartford, CT 06106

_____
David J. Wenc, Esq.