FEDERAL DEFENDER
DISTRICT OF CONNECTICUT
10 COLUMBUS BLVD FL 6
HARTFORD, CT 06106-1976

THOMAS G. DENNIS
FEDERAL DEFENDER

TEL: (860) 493-6260
FAX: (860) 493-6269

October 27, 2006

Hon. Donna F. Martinez
United States Magistrate Judge
450 Main Street
Hartford, CT 06103

Re: United States v. Kurt Claywell
Docket No. 3:06CR280(AWT)

Dear Judge Martinez,

    Mr. Kurt Claywell, who is presently serving a lengthy term of imprisonment, has been indicted in the above-captioned matter on charges of bankruptcy fraud by concealing assets from a chapter 7 bankruptcy trustee and conspiracy to commit bankruptcy fraud. The bankruptcy case which underlies the indictment is still pending. Mr. Claywell is scheduled for presentment before Your Honor on October 31, 2006. He intends to seek appointment of counsel under 18 U.S.C. § 3006A, the "Criminal Justice Act" (hereinafter "CJA"). The purpose of this letter is to alert Your Honor to the fact Mr. Claywell's situation is extremely unusual (indeed, unique to my long experience) in that his situation does not fit the usual format for seeking appointment of counsel.

    As Your Honor is well aware, the CJA "looks not to the indigency of the accused but [rather asks] whether he is 'financially unable to retain counsel.'" United States v. De Hernandez, 745 F.2d 1305, 1310 (10th Cir. 1984). Typically, the CJA 23 form affidavit is used to determine whether a defendant is eligible for the appointment of counsel. However, "CJA Form 23 is not a required statutory form. It is an administrative tool used to assist the court in appointing counsel." United States v. Moore, 671 F.2d 139, 141 (5th Cir. 1982). See also United States v. Ellsworth, 547 F.2d 1096 (9th Cir. 1976). That "tool" in Mr. Claywell's case is the equivalent of selecting an ordinary screw driver when seeking to deal with a phillips head screw -- it's not the right tool. I have drafted a financial affidavit which is a modification of CJA Form 23 to fit this case. A copy is enclosed for Your Honor's review in advance of the presentment.

If Your Honor would like to meet with counsel for the government and me in chambers prior to the presentment to discuss this matter in advance, please so inform us and we will do so.

                                      Respectfully submitted,

                                      Gary D. Weinberger
                                      Asst. Federal Defender

encl.

cc:    Ann M. Nevins, AUSA

-2-

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:06CR280(AWT) |
| KURT C. CLAYWELL | : | October 31, 2006 |

### FINANCIAL AFFIDAVIT

I, Kurt C. Claywell, certify under penalty of perjury that the following is true and correct:

1. I am the defendant in the above-captioned case;

2. On or about September 20, 2005, I filed a chapter 7 bankruptcy petition with the United States Bankruptcy Court for the District of Connecticut in Hartford, Connecticut, case number 05-23197 (RLK) (hereinafter "the bankruptcy case"), thereby creating a bankruptcy estate;

3. I have been in custody serving a sentence of imprisonment since shortly after filing the petition with a current projected release date of June 2010 and therefore I have no post-petition earned income and will have none for the foreseeable future;

4. An attorney was appointed as the chapter 7 trustee in the bankruptcy case;

5. By operation of bankruptcy law, Title 11 U.S.C. §§ 541-544, I am financially unable to obtain counsel in the above-captioned case because all legal or equitable interests in any property which I otherwise own is property of the bankruptcy estate under the control of the trustee.

Dated: October 31, 2006

_____
Kurt C. Claywell