UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,                CR No. 3:03CR103 (SRU)

    Plaintiff,
V.

KURT CLAYWELL,

    Defendant.                             January 24, 2007

## NOTICE OF MANUAL FILING

Please take notice that Attorney David J. Wenc has manually filed his 1/24/07 Motion and attachment.

RESPECTFULLY SUBMITTED,

By: _____
David J. Wenc, Esq.
Wenc Law Offices
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096
(860) 623-1195
Fed. Bar ct#00089

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2007, I served a copy of the within Notice by U.S. mail, first-class postage prepaid, to:

Chambers of the Honorable Stefan R. Underhill
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

Chambers of the Honorable Thomas P. Smith
U.S. District Court
450 Main Street
Hartford, CT  06103

Assistant U.S. Attorney William J. Nardini
U.S. Attorney's Office
157 Church Street
New Haven, CT 06508

Federal Defender Thomas G. Dennis
10 Columbus Boulevard, Fl 6
Hartford, CT 06106

_____
David J. Wenc, Esq.